UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------------x

JANETT GOMEZ,

               Plaintiff,

       v.

THE METROPOLITAN LIFE
INSURANCE COMPANY,

               Defendant.

-----------------------------------------------------x

CIV. NO.:

## CERTIFICATION OF PLAINTIFF

Plaintiff, JANETT GOMEZ, and her undersigned counsel, in accordance with Local Rule 16.1, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course–and various alternative courses–of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

5/1/04
Dated

By: /s/ Janett Gomez
JANETT GOMEZ
Plaintiff,

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.
Attorney for Plaintiff

5/1/04
Dated

By: /s/ Stephen L. Raymond
Stephen L. Raymond
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590
BBO #567753