UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.S 04-10866-GAO

| | |
|---|---|
| JANETT GOMEZ | ) |
|     Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| METROPOLITAN LIFE | ) |
| INSURANCE COMPANY | ) |
|     Defendant. | ) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendant Metropolitan Life Insurance Company in the above-captioned matter.

METROPOLITAN LIFE
INSURANCE COMPANY,
By its attorney,

_/s/ James F. Kavanaugh, Jr._
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
   & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: June 7, 2004
202637.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on June 7, 2004.

_/s/ James F. Kavanaugh, Jr._