UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
CASE NO. 04-10866-GAO

2004 JUN -8 P 12: 57

U.S. DISTRICT COURT
DISTRICT OF MASS

JANETT GOMEZ          )
        Plaintiff,    )
                      )
V.                    )
                      )
METROPOLITAN LIFE     )
INSURANCE COMPANY     )
        Defendant.    )

### MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant, Metropolitan Life Insurance Company, with

the assent of the plaintiff, hereby moves, pursuant to Fed. R.

Civ. P. 6(b) and Fed. R. Civ. P. 12(a), to enlarge the time

within which it must serve a response to the complaint in this

case to and including June 28, 2004. As grounds therefor, the

defendant states that said additional time is necessary in order

for it to prepare its response because of the complex nature of

the issues raised in the complaint.

                    METROPOLITAN LIFE
                    INSURANCE COMPANY,
                    By its attorney,


                    James F. Kavanaugh, Jr. BBO#262360
                    CONN KAVANAUGH ROSENTHAL PEISCH
                        & FORD, LLP
                    Ten Post Office Square
                    Boston, MA 02109
                    617-482-8200

DATED: June 7, 2004
202642.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on _____ 2004