UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10866-GAO

JANETT GOMEZ )
    Plaintiff, )
   )
V. )
   )
METROPOLITAN LIFE )
INSURANCE COMPANY )
    Defendant. )

**MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT**

The defendant, Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a), to enlarge the time within which it must serve a response to the complaint in this case to and including July 12, 2004. As grounds therefor, the defendant states that said additional time is necessary in order for it to prepare its response because of the complex nature of the issues raised in the complaint.

ASSENTED TO:

METROPOLITAN LIFE
INSURANCE COMPANY,
By its attorney,

_____
Stephen L. Raymond
BBO# 567753
3 Washington Square
Suite 206
Haverhill, MA 01830
978-372-6590

_____
James F. Kavanaugh, Jr.
BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: June 28, 2004

204146.1

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on June 28, 2004.

_____