UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10866-GAO

JANETT GOMEZ                    )
    Plaintiff,                  )
                                )
V.                              )
                                )
METROPOLITAN LIFE               )
INSURANCE COMPANY               )
    Defendant.                  )

## MOTION (ASSENTED-TO) OF DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendant, Metropolitan Life Insurance Company, with the assent of the plaintiff, hereby moves, pursuant to Fed. R. Civ. P. 6(b) and 12(a), to enlarge the time within which it must serve a response to the complaint in this case to and including July 26, 2004. As grounds therefore, the defendant states that said additional time is necessary in order for it to prepare its response because of the complex nature of the issues raised in the complaint and because of its difficulties in gathering the necessary information.

ASSENTED TO:                              METROPOLITAN LIFE
                                          INSURANCE COMPANY,
                                          By its attorney,

_/s/ Stephen L. Raymond_                  _/s/ James F. Kavanaugh_
Stephen L. Raymond                        James F. Kavanaugh, Jr.
BBO# 567753                               BBO#262360
Counsel for Plaintiff                     CONN KAVANAUGH ROSENTHAL PEISCH
3 Washington Square                         & FORD, LLP
Suite 206                                 Ten Post Office Square
Haverhill, MA 01830                       Boston, MA 02109
978-372-6590                              617-482-8200

DATED: July 9, 2004

204146.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 7/9/04 _____

_/s/ James F. Kavanaugh_