UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10866-GAO

JANETT GOMEZ            )
    Plaintiff,          )
                        )
V.                      )
                        )
METROPOLITAN LIFE       )
INSURANCE COMPANY       )
    Defendant.          )

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Metropolitan Life Insurance Company ("MetLife"), by its attorney and an authorized representative, hereby certifies as follows:

1. MetLife and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. MetLife and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| /s/Michelle McAlloon Constandse | /s/ James F. Kavanaugh, Jr. |
| Michelle McAloon Constandse, Esq. | James F. Kavanaugh, Jr. (BBO # 262360) |
| Metropolitan Life Insurance Co. | CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP |
| 27-01 Queens Plaza North | Ten Post Office Square |
| Long Island City, NY 11101 | Boston, MA 02109 |
| | 617-482-8200 |

DATED: February 11, 2005

219604.1