UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-10866-GAO

| | |
|---|---|
| JANETT GOMEZ | ) |
| Plaintiff, | ) |
| v. | ) |
| METROPOLITAN LIFE INSURANCE COMPANY | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Janett Gomez and defendant Metropolitan Life Insurance Company hereby stipulate that all claims against defendant Metropolitan Life Insurance Company be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with rights of appeal waived.

JANETT GOMEZ,
By her attorney,

_____
Stephen L. Raymond BBO # 567753
3 Washington Square, Suite 206
Haverhill, MA 01830
(978) 372-6590

METROPOLITAN LIFE
INSURANCE COMPANY
By its attorneys,

_____
James F. Kavanaugh, Jr. BBO# 262360
Johanna L. Matloff BBO# 655178
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: 6/27/05
228195.1